NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-450

KEITH PAULK, ET AL

VERSUS

ALTON PAULK, ET AL

**************
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 199,854-A
HONORABLE DONALD T. JOHNSON

**************
**SYLVIA R. COOKS**
**JUDGE**
**************

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

**AFFIRMED.**

Ricky Sooter
P.O. Box 1791
934 Third Street, Suite 800
Alexandria, Louisiana 71309
(318) 445-3631
COUNSEL FOR PLAINTIFF/APPELLANT
    Keith Paulk, et al


Eugene P. Cicardo, Jr.
P.O. Box 1128
1128 Fifth Street
Alexandria, Louisiana 71301
(318) 445-2097
COUNSEL FOR DEFENDANT/APPELLANT:
    Alton Paulk